# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS

Cause No: **3-21-CV-00829-X-BX**

Joe Hunsinger
  Plaintiff

v.

HOMEGAIN.COM, INC.
Defendant



# MOTION TO DISMISS
# WITH PREJUDICE

COMES NOW the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.


Submitted May 24, 2021

*/s/ Joe Hunsinger*

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

May 24, 2021

*/s/ Joe Hunsinger*

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677



Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217

NORTH TEXAS TX P&DC
DALLAS TX 750
25 MAY 2021 PM 8 L

JUN - 2021

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242